```
 1  Law Office of Kurt David Hermansen
    Kurt David Hermansen, Cal. Bar No. 166349
 2  110 West C Street, Suite 1810
    San Diego, California 92101-3909
 3  Telephone:  (619) 236-8300
    Facsimile:  (619) 236-8400
 4  Cellular:   (619) 436-8117
    KDH@KurtDavidHermansen.com
 5  Attorney for Defendant
    CUAUHTLAHTOUAC HERNANDEZ
 6
 7
 8
 9              UNITED STATES DISTRICT COURT
10              SOUTHERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,       )  Case No. 08cr1436 LAB
                                    )
13             Plaintiff,           )  NOTICE OF MOTIONS AND MOTIONS:
                                    )
14  v.                              )  (1) TO COMPEL DISCOVERY;
                                    )
15  CUAUHTLAHTOUAC HERNANDEZ,       )  (2) PRESERVE EVIDENCE; AND
                                    )
16             Defendant.           )  (3) FOR LEAVE TO FILE FURTHER
                                    )      MOTIONS.
17                                  )
                                       Date: 6/16/2008 at 2:00 p.m.
18
19
20       TO: KAREN P. HEWITT, UNITED STATES ATTORNEY:
21       PLEASE TAKE NOTICE that on **June 16, 2008, at 2:00 p.m.**, or as soon thereafter as
22  counsel may be heard, Defendant, CUAUHTLAHTOUAC HERNANDEZ, by and through
23  counsel, Kurt David Hermansen, will ask this Court to enter an order granting the following
24  motions.
25
26
27
28
```

**MOTIONS**

Defendant, CUAUHTLAHTOUAC HERNANDEZ, by and through counsel, Kurt David Hermansen, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1. compelling discovery;
2. preserving evidence; and
3. granting leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Dated: *May 12, 2008*            *s/Kurt David Hermansen*

                                            Attorney for Defendant
                                   Email:  KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08cr1436 LAB |
| Plaintiff, | ) |
| v. | ) CERTIFICATE OF SERVICE |
| CUAUHTLAHTOUAC HERNANDEZ, | ) |
| Defendant. | ) |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF MOTIONS AND MOTIONS TO COMPEL DISCOVERY AND PRESERVE EVIDENCE AND FOR LEAVE TO FILE FURTHER MOTIONS**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

- **Kurt David Hermansen**: KDH@KurtDavidHermansen.com
- **Frank M Murphy, III** fmlaw@san.rr.com, fmurphy1@san.rr.com
- **Neil R Trop** neiltroplaw@hotmail.com
- **Julie A Blair** julieannblair@hotmail.com
- **U S Attorney CR** Efile.dkt.gc2@usdoj.gov
- **Stephen Demik** stephen_demik@fd.org, sylvia_freeman@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _May 12, 2008_             s/*Kurt David Hermansen*

Attorney for Defendant
Email: KDH@KurtDavidHermansen.com
