Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone:    (619) 236-8300
Facsimile:    (619) 236-8400
Cellular:      (619) 436-8117
KDH@KurtDavidHermansen.com
Attorney for Defendant
CUAUHTLAHTOUAC HERNANDEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08cr1436 LAB |
| Plaintiff, | ) ***FIRST AMENDED*** NOTICE OF MOTIONS AND MOTIONS: |
| v. | ) (1) TO COMPEL DISCOVERY; |
| | ) (2) PRESERVE EVIDENCE; |
| | ) (3) SUPPRESS EVIDENCE; |
| CUAUHTLAHTOUAC HERNANDEZ, | ) (4) SUPPRESS STATEMENTS; AND |
| Defendant. | ) (5) FOR LEAVE TO FILE FURTHER MOTIONS. |
| | ) Date: 6/16/2008 at 2:00 p.m. |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND STEVEN DESALVO,

ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on **June 16, 2008, at 2:00 p.m.**, or as soon thereafter as

counsel may be heard, Defendant, CUAUHTLAHTOUAC HERNANDEZ, by and through his

counsel, Kurt David Hermansen, will ask this Court to enter an order granting the following

motions.

1

## MOTIONS

2          Defendant, CUAUHTLAHTOUAC HERNANDEZ, by and through his counsel, Kurt

3   David Hermansen, pursuant to the United States Constitution, the Federal Rules of Criminal

4   Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court

5   for an Order:

6          1.      compelling discovery;

7          2.      preserving evidence;

8          3.      suppressing evidence;

9          4.      suppressing statements; and

10         5.      granting leave to file further motions.

11         These motions are based upon the instant motions and notice of motions, the attached

12  statement of facts and memorandum of points and authorities, and all other materials that may

13  come to this Court's attention at the time of the hearing on these motions.

14

15  Dated: _May 27, 2008_                          ___s/Kurt David Hermansen___

16                                              Attorney for Defendant
                                          Email:  KDH@KurtDavidHermansen.com
17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No.  08cr1436 LAB |
| Plaintiff, | ) |
| v. | )  CERTIFICATE OF SERVICE |
| CUAUHTLAHTOUAC HERNANDEZ, | ) |
| Defendant. | ) |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age.  My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF MOTIONS AND MOTIONS TO COMPEL DISCOVERY, PRESERVE EVIDENCE, SUPPRESS STATEMENTS AND FOR LEAVE TO FILE FURTHER MOTIONS**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**:  KDH@KurtDavidHermansen.com
**Frank M Murphy, III** fmlaw@san.rr.com, fmurphy1@san.rr.com
**Neil R Trop** neiltroplaw@hotmail.com
**Julie A Blair** julieannblair@hotmail.com
**U S Attorney CR** Efile.dkt.gc2@usdoj.gov
**Stephen Demik** stephen_demik@fd.org, sylvia_freeman@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _May 27, 2008_               _s/Kurt David Hermansen_

Attorney for Defendant
Email:  KDH@KurtDavidHermansen.com