UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08cr1436-LAB |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Barraza, et al | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: **(Bond Posted)** / Case Disposed / Order of Court).

Clemente Morales-Chapa

DATED: 6/17/2008

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by /s/ K. HAMMERLY
         Deputy Clerk