1  Law Office of Kurt David Hermansen
   Kurt David Hermansen, Cal. Bar No. 166349
2  110 West C Street, Suite 1810
   San Diego, California  92101-3909
3  Telephone:    (619) 236-8300
   Facsimile:    (619) 236-8400
4  Cellular:     (619) 436-8117
   KDH@KurtDavidHermansen.com
5  Attorney for Defendant
   CUAUHTLAHTOUAC HERNANDEZ
6

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                      **(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  08cr1436 LAB |
| ) | |
| Plaintiff, ) | NOTICE OF FILING OF DEFENSE |
| v. ) | EXHIBITS USED DURING JUNE 16, |
| ) | 2008 MOTION HEARING |
| CUAUHTLAHTOUAC HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

   PLEASE TAKE NOTICE that Defendant, CUAUHTLAHTOUAC HERNANDEZ, by and through his counsel, Kurt David Hermansen, is filing a copy of the exhibits used at the June 16, 2008 motion hearing with the Court so that the exhibits may become part of the record.

**EXHIBITS**

Defendant, CUAUHTLAHTOUAC HERNANDEZ, by and through his counsel, Kurt David Hermansen, hereby files the following exhibits:

| | |
|---|---|
| **EXHIBIT A:** | Diagram of Interstate 8 freeway exits (handwritten and incomplete) |
| **EXHIBIT B:** | Mr. HERNANDEZ's vehicle registration |
| **EXHIBIT C:** | Photo Lineup (#17-20) |
| **EXHIBIT D:** | Photo Lineup (#9-12) |
| **EXHIBIT E:** | Declaration of Cuauhtlahtouac Hernandez |

Dated: *June 19, 2008*                                    *s/Kurt David Hermansen*
                                                                         Attorney for Defendant
                                                                         Email: KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  08cr1436 LAB |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| CUAUHTLAHTOUAC HERNANDEZ, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age.  My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF FILING OF DEFENSE EXHIBITS USED DURING JUNE 16, 2008 MOTION HEARING**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**:  KDH@KurtDavidHermansen.com
**Frank M Murphy, III** fmlaw@san.rr.com, fmurphy1@san.rr.com
**Neil R Trop** neiltroplaw@hotmail.com
**Julie A Blair** julieannblair@hotmail.com
**U S Attorney CR** Efile.dkt.gc2@usdoj.gov
**Stephen Demik** stephen_demik@fd.org, sylvia_freeman@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _June 19, 2008_                    _s/Kurt David Hermansen_

Attorney for Defendant
Email: KDH@KurtDavidHermansen.com