

0900

# REGISTRATION CARD VALID FROM: 09/02/2007 TO: 09/02/2008

| MAKE | YR MODEL | YR 1ST SOLD | | | LICENSE NUMBER |
|---|---|---|---|---|---|
| FORD | 1998 | 1998 | | | 5YJJ275 |

| BODY TYPE MODEL | | VLF CLASS | *YR | TYPE VEH | TYPE LIC |
|---|---|---|---|---|---|
| 4D | | AN | 2007 | 120 | 11 |

| TYPE VEHICLE USE | MP | MO | | | VEHICLE ID NUMBER |
|---|---|---|---|---|---|
| AUTOMOBILE | G | NX | | | 1FAFP13P8WW309280 |

| | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | STICKER ISSUED |
|---|---|---|---|---|---|
| | 10/29/07 | 37 | 10/29/07 | 8 | N1350518 |

PR EXP DATE: 09/02/2007

REGISTERED OWNER
HERNANDEZ CUAUHTLAHTOUAC
528 WOODLAWN AVE E
CHULA VISTA
CA                          91910

LIENHOLDER
MTS AUTO SLS
1568 HERITAGE RD
SAN DIEGO
CA                          92154

|  | AMOUNT DUE | | | AMOUNT RECVD | AMOUNT PAID |
|---|---|---|---|---|---|
| $ | 99.00 | CASH : | | | $ 99.00 |
| | | CHCK : | | | |
| | | CRDT : | | | |

H06    669    20    0009900    0076    CM    H06    102907    11    5YJJ275    280



DEFENDANT'S
EXHIBIT

CASE
NO.

EXHIBIT
NO.

JUN 16 2008



17



18



19



20



DEFENDANT'S
EXHIBIT

CASE
NO. 08CR1436

EXHIBIT
NO. C



9



10



11



12

DEFENDANT'S
EXHIBIT

CASE
NO. 08CR1436

EXHIBIT
NO. B