# EXHIBIT
# E

LAW OFFICE OF KURT DAVID HERMANSEN
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone: (619) 236-8300
Facsimile: (619) 236-8400
KDH@KurtDavidHermansen.com
Attorney for Defendant
CUAUHTLAHTOUAC HERNANDEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 08cr1436 LAB |
|---|---|
| Plaintiff, | **DECLARATION OF DEFENDANT IN SUPPORT OF SUPPRESSION MOTION** |
| v. | |
| CUAUHTLAHTOUAC HERNANDEZ, | |
| Defendant. | |

**DECLARATION OF CUAUHTLAHTOUAC HERNANDEZ**

I, Cuauhtlahtouac Hernandez, do hereby declare under penalty of perjury:

1. I am the defendant in the above entitled case.
2. I am 20 years old.
3. I did not complete High School but instead, received my G.E.D.
4. On April 6, 2008, I was waiting for a parking space in the parking lot of the Golden Acorn Casino.
5. Law enforcement flashed police lights at me.
6. I thought I was getting pulled over by law enforcement to ask for registration, license and insurance.

7. One law enforcement officer knocked on the driver's side window of my blue Ford Escort while another law enforcement officer knocked on passenger Isaac Espinoza's window.

8. The two law enforcement officers identified themselves as border patrol agents.

9. The vests, utility belts and law enforcement markings on their clothing identified them as some kind law enforcement officers.

10. They looked like FBI or secret agents.

11. They did not look like border patrol agents.

12. The two agents ordered me and my passenger, Isaac Espinoza, out of my car.

13. One of the agents that ordered me and passenger Espinoza out of the car was Agent Denise.

14. Agent Denise seemed mad and yelled at us, "Get out of the car."

15. Immediately after I go out of my car, Agent Denise handcuffed me and put me up against my car.

16. I asked the agent, why he was handcuffing me after I indicated I am a United States citizen.

17. Agent Denise told me that I was under arrest for smuggling aliens.

18. I responded that there was nothing in my car.

19. Agent Denise said something like, "Don't act stupid. You know what you came out here for."

20. Agent Denise put me in the front seat of his S.U.V. and drove me approximately ten miles east on Interstate 8 to some type of police station.

21. **After** I was in custody in the S.U.V. handcuffed behind my back, Radio traffic was audible in the S.U.V.

22. The radio traffic I heard indicated that law enforcement officers were saying stuff like "we're on them," "we're pulling them over," and "they're bailing out."

23. While in the S.U.V., I was still handcuffed and the handcuffs left marks on my wrists because they were too tight. Although I complained that the handcuffs were too tight, Agent Denise never loosened them.

24. Agent Denise put me in a cell inside the police station next to Isaac Espinoza.

25. Mr. Espinoza was taken to the same police station in a separate S.U.V. from the one I was in and was already in his cell.

26. While we were there, I kept asking them what was going on and whether they were secret agents.

27. Agent Denise told me to keep quiet or he would separate me and Mr. Espinoza.

28. After about five or ten minutes, an agent came and took Mr. Espinoza out of his cell.

29. About two minutes later, Agent Denise took me out of my cell.

30. An agent put Mr. Espinoza in an S.U.V.

31. Agent Denise put me in an S.U.V. and drove me toward the El Cajon Border Patrol Station.

32. On the way to the El Cajon Border Patrol Station, I asked Agent Denise what was going on.

33. Agent Denise told me, "Here's the deal. We're going to [1] take you to the station, [2] get you some food, [3] ask you a couple questions, and [4] take you to the trolley station."

34. I told Agent Denise I didn't need to go to the trolley station because I had a car.

35. Agent Denise told me *"After we release you,"* you will have to call the station and they will decide whether they are going to give your car back.

36. When I got to the El Cajon Border Patrol Station, Agent Denise put me in cell number two. Cell number two is the second cell as you walk into the El Cajon Border Patrol Station.

37. While waiting in cell number two, I watched Mr. Rascal Barraza and Mr. Dominique Smith come into the El Cajon Border Patrol Station and walk past my cell.

38. An agent walked Mr. Barraza past my cell; placed him on a bench; and handcuffed him to that bench.
39. Mr. Barraza's face looked red and swollen. He also looked dirty.
40. Then, Mr. Smith was brought into the station.
41. An agent walked Mr. Smith by my cell; placed him on another bench; and handcuffed him to that bench.
42. Dominique's shirt was ripped near his chest area. He was bleeding from his neck, arms and legs.
43. When I saw Mr. Barraza and Mr. Smith being led into the border patrol station, I believed they had been beaten up by law enforcement.
44. After seeing Mr. Barraza and Mr. Smith beaten up, I believed border patrol agents would pull me by my shirt, push me around and hit me like they do on T.V.
45. I did not want to talk to the border patrol agents.
46. I believed Agent Denise when he told me that they would let me go home only after I answered their questions.
47. I only talked to the border patrol agents because I believed they would let me go home only after I answered their questions, especially because Agent Denise told me he would take me to the trolley station after I answered some questions.
48. I did not feel I had a choice; if I did not answer their questions, they would not let me go home.
49. Agent Denise's statements lead me to believe that if I answered their questions, they would let me go home or at least take me to the trolley station.
50. I was interrogated at the El Cajon Border Patrol Station on April 7, 2008, at about 2:26 a.m.
51. No one gave me water or food before or during my interrogation.
52. Sometime *after* I was interrogated, we were given water and some crackers.
53. Besides the crackers, I was not given food until about 4:30 a.m. on April 7, 2008 when a border patrol agent, unrelated to this case, offered me food.

54. Agent Denise did not take me to the trolley station after I answered their questions.

I declare that the foregoing is true and correct.

Dated: <u>May 23, 2008</u>

_____
CUAHTLATOUAC HERNANDEZ
DEFENDANT