Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone:   (619) 236-8300
Facsimile:    (619) 236-8400
Cellular:      (619) 436-8117
KDH@KurtDavidHermansen.com
Attorney for Defendant
CUAUHTLAHTOUAC HERNANDEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CUAUHTLAHTOUAC HERNANDEZ,<br><br>Defendant. | Case No. 08cr1436 LAB<br><br>NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* TO:<br><br>1. sever Mr. Hernandez's trial from co-defendant Isaac Espinoza's trial;<br><br>2. exclude evidence of Mr. Hernandez's other crimes, wrongs or acts under Fed. R. Evid. 404(b):<br><br>3. exclude evidence of co-defendant Isaac Espinoza's other crimes, wrongs or acts under Fed. R. Evid. 401, 403 and 404(b);<br><br>4. exclude evidence of incriminatory statements of co-defendants Dominique Smith and Robert Barraza under *Crawford v. Washington*;<br><br>5. exclude expert testimony or, in the alternative, hold a *Kumho* hearing; and<br><br>6. admit evidence of co-defendants Dominique Smith, Robert Barraza and Isaac Espinoza's third party culpability. |

1
2  TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND STEVEN DE-
3  SALVO, ASSISTANT UNITED STATES ATTORNEY:
4  PLEASE TAKE NOTICE that on **August 18, 2008, at 2:00 p.m.**, or as soon thereafter
5  as counsel may be heard, Defendant, by and through counsel, Kurt David Hermansen, will ask
6  this Court to enter an order granting the following motions.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MOTIONS**

Defendant, by and through counsel, Kurt David Hermansen, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1. severing Mr. Hernandez's trial from co-defendant Isaac Espinoza's trial;
2. excluding evidence of Mr. Hernandez's other crimes, wrongs or acts under Fed. R. Evid. 404(b);
3. excluding evidence of co-defendant Isaac Espinoza's other crimes, wrongs or acts under Fed. R. Evid. 403 and 404(b);
4. excluding evidence of statements made by co-defendants Dominique Smith and Robert Barraza under *Crawford v. Washington*;
5. excluding expert opinion testimony or, in the alternative, holding a *Kumho* hearing; and
6. admitting evidence of co-defendants Dominique Smith; Robert Barraza; and Isaac Espinoza's third party culpability.

These motions are based upon the instant motions and notice of motions, the attached memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Dated: *August 4, 2008*                          *s/Kurt David Hermansen*
                                                  Attorney for Defendant
                                                  Email: KDH@KurtDavidHermansen.com

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1436 LAB |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| CUAUHTLAHTOUAC HERNANDEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE MOTIONS AND MOTIONS IN LIMINE.**

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**: KDH@KurtDavidHermansen.com
**Frank M Murphy, III** fmlaw@san.rr.com, fmurphy1@san.rr.com
**Neil R Trop** neiltroplaw@hotmail.com
**Julie A Blair** julieannblair@hotmail.com
**U S Attorney CR** Efile.dkt.gc2@usdoj.gov
**Stephen Demik** stephen_demik@fd.org, sylvia_freeman@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *August 4, 2008*          s/Kurt David Hermansen

                                       Attorney for Defendant
                                       Email: KDH@KurtDavidHermansen.com