```
 1  KAREN P. HEWITT
    United States Attorney
 2  STEVEN DE SALVO
    Assistant U.S. Attorney
 3  California State Bar No. 199904
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone No: (619) 557-6074
    Attorneys for Plaintiff
 6  steven.desalvo@usdoj.gov
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CUAUHTLAHTOUAC HERNANDEZ,<br><br>　　　　Defendant. | Criminal Case No. 08CR1436-LAB<br><br>**MOTION FOR CONTINUANCE**<br><br>**WITH ATTACHED DECLARATION BY STEVEN DE SALVO**<br><br>Date:　August 18, 2008<br>Time:　2 p.m.<br>Hon. Larry A. Burns<br>Courtroom 9 |

　　The parties in the above-captioned case, UNITED STATE OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steven De Salvo, Assistant United States Attorney, hereby moves this court for an order continuing the Trial to a date between September 8-26, on a date to be mutually agreed to by the parties, due the unavailability of an essential government witness. This motion is supported by the attached Points and Authorities and Declaration of Steven De Salvo.

Dated: August 15, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven De Salvo

　　　　　　　　　　　　　　　　　　　　　　　　STEVEN DE SALVO
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**POINTS AND AUTHORITIES IN SUPPORT OF CONTINUANCE**

A continuance should be granted for three reasons. First, as established in the attached declaration, the continuance is necessary to secure the testimony of an essential government witness, an inmate in a federal penitentiary. The government proffers that the witness, a co-conspirator of the Defendant, will testify (pursuant to Fed. R. Evid. 404(b)) that the Defendant is a driver who transports aliens for a smuggling organization. Therefore, the witness is essential to proving the government's case. See United States v. Hamilton, 46 F.3d 271 276 (3d Cir. 1995) (witness is "essential" if his testimony is "particularly important to any necessary element of that case") (quoting United States v. McNeil, 911 F.2d 768, 773-75 (D.C. Cir. 1990)). For reasons of witness safety, the witness, who is in protective custody, will be identified in camera at the hearing before the court on August 18, 2008.

Second, despite the exercise of due diligence, the government has not been able to meet with the witness, prepare for his testimony, and secure his attendance at trial. As established in the attached declaration, the witness is an inmate at the U.S. Penitentiary in Victorville, California. The United States did not learn of the witness's existence until August 7, 2008 – less than 2 weeks before trial, which was not sufficient time to secure the witness's attendance via a writ.. (The U.S. Marshalls's Office requires at least 2 notice to secure a witness pursuant to a writ, and so service of a writ would have been futile.) Moreover, both the witness's attorney, Karen Stevens, and the government unsuccessfully tried to schedule a meeting with the witness. However, for the last 10 days, the Victorville federal prison has been in a "lockdown" arising from a prison riot that caused the homicide of an inmate and assaults against numerous correctional officers. Consequently, despite numerous and repeated requests by the witness's attorney and Border Patrol Agent Andrew Kahl and the U.S. Attorney's Office to arrange a meeting with the witness, prison authorities did not respond to our inquiries until Friday, August 15 (just two court days before trial), due to the lockdown. Prison authorities informed the government that the witness may be available for an interview on August 18, 2008 – the day before trial – at the earliest..

Third, because Defendant is not in custody, he will not suffer any prejudice by a short delay in the trial. Moreover, the maximum trial date under the Speedy Trial Act is December 31, 2008 – more than four months away. Accordingly, there is no Speedy Trial Act problem and, in the interests of justice, the trial date should be continued to permit the testimony of this important witness.

## **CONCLUSION**

For the reasons set forth above, the Government respectfully requests that the Court continue this matter. In addition, the Government asks that the delay be excluded under the Speedy Trial Act.

DATED: August 15, 2008

                                        Respectfully submitted,

                                      KAREN P. HEWITT
                                      United States Attorney

                                      /s/ ***Steven De Salvo***
                                      STEVEN DE SALVO
                                      Assistant United States Attorney
                                      Attorneys for Plaintiff
                                      United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1436-LAB |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| CUAUHTLAHTOUAC HERNANDEZ, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **MOTION FOR CONTINUANCE AND POINTS AND AUTHORITIES IN SUPPORT** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kurt Hermansen

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2008.

/s/ ***Steven De Salvo***
STEVEN DE SALVO

4