KAREN P. HEWITT
United States Attorney
STEVEN DE SALVO
Assistant U.S. Attorney
California Bar No. 199904
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-7032
Facsimile No.: (619) 235-4716
steven.desalvo@usdoj.gov

Attorneys for Plaintiff
United States of America

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>                              Plaintiff,      )<br>                                                            )<br>              v.                                           )<br>                                                            )<br>CUAUHTLAHTOUAC HERNANDEZ,  )<br>                                                            )<br>                              Defendant.    )<br>_____ ) | Criminal Case No. 08CR1436-LAB<br><br>**DECLARATION IN SUPPORT OF**<br>**MOTION FOR CONTINUANCE** |

I, Steven De Salvo, hereby declare as follows:

1. I am an Assistant United States Attorney for the Southern District of California.

2. I am assigned to the above-captioned case, which is set for Trial on August 19, 2008.

3. A continuance in the trial is necessary to secure the testimony of an essential government witness, an inmate in a federal penitentiary. The witness, a co-conspirator of the Defendant, will testify (pursuant to Fed. R. Evid. 404(b)) that the Defendant is a driver who transports aliens for a smuggling organization. For reasons of witness safety, the witness, who is in protective custody, will be identified <u>in camera</u> at the hearing before the court on August 18, 2008. The United States learned of the witness's existence only recently, less than two weeks ago, when the case agent, Border Patrol Agent Jeffrey Dinise, heard from another Border Patrol agent that the witness had cooperated in a debrief last year and had identified the Defendant as an active driver in the alien smuggling organization.

4. The government has not been able to meet with the witness, prepare for his testimony, and secure his attendance at trial. The witness is an inmate at the U.S. Penitentiary in Victorville,

1  California., serving a sentence for transportation of aliens. Because the United States did not learn of
2  the witness's existence until August 7, 2008 – less than 2 weeks before trial – there was insufficient time
3  to secure the witness's attendance via a writ.. (The U.S. Marshall's Office requires at least 2 notice to
4  secure a witness pursuant to a writ, and so service of a writ would have been futile.)

5       5.   The witness's court-appointed attorney, Karen Stevens, and the government unsuccessfully
6  tried to schedule a meeting with the witness. However, for the last 10 days, the Victorville federal prison
7  has been in a "lockdown" arising from a prison riot that caused the homicide of an inmate and assaults
8  against numerous correctional officers. Consequently, despite numerous and repeated requests by the
9  witness's attorney and Border Patrol Agent Andrew Kahl and the U.S. Attorney's Office to arrange a
10 meeting with the witness, prison authorities did not respond to our inquiries until Friday, August 15 (just
11 two court days before trial), due to the lockdown. Prison authorities informed the government that the
12 witness may be available for an interview on August 18, 2008, at the earliest.

13       6.   A continuance of the trial due to the unavailability of this important witness would permit
14 the government to interview him and secure his testimony for trial, and would serve the ends of justice.

15

16 Dated: August 15, 2008                           /s/ Steven De Salvo

17                                                 _____
                                                   STEVEN DE SALVO
18                                                 Assistant U.S. Attorney