```
 1  Law Office of Kurt David Hermansen
    Kurt David Hermansen, Cal. Bar No. 166349
 2  110 West C Street, Suite 1810
    San Diego, California  92101-3909
 3  Telephone:   (619) 236-8300
    Facsimile:   (619) 236-8400
 4  Cellular:    (619) 436-8117
    KDH@Kurt David Hermansen.com
 5  Attorney for Defendant
    CUAUHTLAHTOUC HERNANDEZ
 6
 7
 8
 9              UNITED STATES DISTRICT COURT
10              SOUTHERN DISTRICT OF CALIFORNIA
11  _____
12  UNITED STATES OF AMERICA,      )  Case No. 08cr1436 LAB
                                   )
13              Plaintiff,         )
         v.                        )  NOTICE OF CHANGE OF ADDRESS
14                                 )  AND FAX NUMBER OF ATTORNEY
    CUAUHTLAHTOUC HERNANDEZ (3),   )  KURT DAVID HERMANSEN
15                                 )  EFFECTIVE SEPTEMBER 1, 2008
                Defendant.         )
16
17  _____
18  To the Clerk of this Court and all parties of record:
19  I hereby give notice that on September 1, 2008, my address will change to:
20              Law Office of Kurt David Hermansen
21              110 West C Street, **Suite 1903**
22              San Diego, California 92101
23  Also, my fax number will change to **(619) 794-2263**.
24                                          Respectfully submitted,
25  Executed on: August 16, 2008             s/Kurt David Hermansen
26                                          Attorney for Defendant
                                        Email: KDH@KurtDavidHermansen.com
27
28
```

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1436 LAB |
|          Plaintiff, | ) | |
|     v. | ) | |
| CUAUHTLAHTOUC HERNANDEZ (3), | ) | **CERTIFICATE OF SERVICE** |
|          Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER OF ATTORNEY KURT DAVID HERMANSEN EFFECTIVE SEPTEMBER 1, 2008**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**Julie A Blair**
julieannblair@hotmail.com

**Steven D De Salvo**
steven.desalvo@usdoj.gov,marilyn.weaver@usdoj.gov

**Stephen Demik**
stephen_demik@fd.org,sylvia_freeman@fd.org

**Frank M Murphy , III**
fmlaw@san.rr.com,fmurphy1@san.rr.com

**Neil R Trop**
neiltroplaw@hotmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *August 16, 2008*        *s/Kurt David Hermansen*
                                                                Attorney for Defendant
                                                                Email: KDH@KurtDavidHermansen.com