# Memorandum

08CR1436-LAB

| Subject | Date |
|---|---|
| AUSA Request/Writ of Habeas Corpus | August 18, 2008 |

| To | From |
|---|---|
| Steven C. Stafford | Steven D. DeSalvo |
| United States Marshal | Assistant United States Attorney |
| United States Marshals Service | (619) 557-7032 |

The following information is submitted in order to expedite the execution of the attached AUSA request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of the transporting deputies.

NAME: **Eric Ramon Perez**

AKA: _____

DOB or AGE: __25__   RACE: _____   SEX: __MALE__

BOOKING NO.: _____   BOP No.: __02074298__

FBI NO.: _____

FEDERAL/STATE
CHARGES_____

CASE NO.: __United States v. Cuauhtlahtouac Hernandez__

INSTITUTE'S PHONE NO.: FTS __(760) 530-5000__   COMMERCIAL: _____

OTHER INFORMATION AS TO HANDLING OF SUBJECT, ETC.: **Defendant is at U.S. Penitentiary - California. If you have any questions relating to this writ please do not hesitate to call me. AUSA Steven DeSalvo, (619) 557-7032 or Legal Assistant Marilyn Weaver, (619) 446-3754. PLEASE NOTE DEFENDANT IS NEEDED Forthwith in Courtroom 9 before the Honorable Judge Larry Burns, District Court Judge.**

It is understood that fifteen (15) working days are needed to process AUSA requests/writs of habeas corpus, except for those directed to San Diego County Jail, and then three (3) days are needed.

**(THIS MEMO IS TO REMAIN ATTACHED TO THE AUSA REQUEST/WRIT)**


CR PER
COURT

| U.S. Department of Justice | Requested United States Attorney for Production of |
|---|---|
| United States Attorney | Federal Prisoner in the Custody of the United States |
| __Southern__ District of __California__ | Pursuant to Title 18, United States Code, Section 3621(d) |

The United States Attorney for the <u>Southern</u> District of <u>California</u>, pursuant to 18 U.S.C. § 3621(d), does hereby request the United States Marshal for the **U.S. District Court, Central** District of **California**, or any other authorized officer, to produce one **Eric Ramon Perez, B.O.P. Register No.02074298, FBI #**_____, now confined at the **USPVictorville, U.S. Penitentiary, 13777 Air Expressway Blvd., Victorville, CA, 92393** in the custody of the warden or the person there in charge, before the

☒ United States District Court   ☐ For Prosecution   ☐ For Other [Re-Sentencing]
☐ United States Grand Jury   ☒ For Testimony

at _____**San Diego**_____, _____**California**_____,
    (city)                    (state)

☐ forthwith
☒ at _noon_ ~~a.m.~~, on _8/20/08_, or at any time thereafter as the United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case styled

☑ United States v. **Cuauhtlahtouac Hernandez**
   Ct. No. **08cr1436-LAB (Honorable Judge Larry A. Burns)**

☐ In Re Grand Jury Proceedings No. _____

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

**Steven D. DeSalvo**
Assistant United States Attorney Requesting The Production of Prisoner In Custody

SEAL OF UNITED STATES ATTORNEY[1]/

Telephone No.: (619) 557-7032

Dated this _19th_ day of August, 20 08.

United States Attorney[2]/

---

[1]/ This request is invalid without the raised seal of the United States Attorney.

[2]/ The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal of the same district as the United States Attorney.

MEMORY TRANSMISSION REPORT

```
PAGE        : 001
TIME        : AUG-19-08  10:16AM
TEL NUMBER1 :
NAME        :
```

| | | |
|---|---|---|
| FILE NUMBER | : | 439 |
| DATE | : | AUG-19 10:13AM |
| TO | : | ☎917605305103 |
| DOCUMENT PAGES | : | 003 |
| START TIME | : | AUG-19 10:14AM |
| END TIME | : | AUG-19 10:16AM |
| SENT PAGES | : | 003 |
| STATUS | : | OK |

FILE NUMBER   : 439         \*\*\* SUCCESSFUL TX NOTICE \*\*\*

MEMORY TRANSMISSION REPORT

```
                                    PAGE         : 001
                                    TIME         : AUG-19-08  10:14AM
                                    TEL NUMBER1  :
                                    NAME         :
```

| | | |
|---|---|---|
| FILE NUMBER | : | 438 |
| DATE | : | AUG-19 10:13AM |
| TO | : | ☎917605305750 |
| DOCUMENT PAGES | : | 003 |
| START TIME | : | AUG-19 10:13AM |
| END TIME | : | AUG-19 10:14AM |
| SENT PAGES | : | 003 |
| STATUS | : | OK |

FILE NUMBER   : 438          \*\*\* SUCCESSFUL TX NOTICE \*\*\*

# FAX TRANSMISSION
# United States District Court
## Southern District of California
880 Front Street, Suite 4290
San Diego, California 92101-8900

| | | | |
|---|---|---|---|
| **To:** | Veronica Eberhart | **Date:** | August 19, 2008 |
| **Fax #:** | 760-530-5750 | | |
| **From:** | Tisha Washam | **Phone:** | 619-557-6038 |
| **Pages:** | | **Fax:** | |
| **Subject:** | Eric Ramon Perez | | |

COMMENTS:

Thank you for all your help.

# FAX TRANSMISSION
# United States District Court
## Southern District of California
880 Front Street, Suite 4290
San Diego, California 92101-8900

| | | | |
|---|---|---|---|
| **To:** | Warden Norwood | **Date:** | August 19, 2008 |
| **Fax #:** | 760-530-5103 | | |
| **From:** | Tisha Washam | **Phone:** | 619-557-6038 |
| **Pages:** | | **Fax:** | |
| **Subject:** | Eric Ramon Perez | | |

COMMENTS:

Thank you for all your help.