KAREN P. HEWITT
United States Attorney
STEVEN DE SALVO
Assistant U.S. Attorney
California State Bar 199904
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7032
steven.desalvo@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1436-LAB |
| | ) | |
| Plaintiff, | ) | Date:   August 21, 2008 |
| | ) | Time:   9:00 a.m. |
| | ) | Judge Larry A. Burns |
| v. | ) | Courtroom 9 |
| | ) | |
| | ) | GOVERNMENT'S REQUESTED |
| CUAUHTLAHTOUAC HERNANDEZ, | ) | JURY INSTRUCTIONS |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff UNITED STATES OF AMERICA, by and through its
counsel, Karen P. Hewitt, United States Attorney, and Steven De
Salvo, Assistant United States Attorney, requests that the Court
include the attached instructions in its charge to the jury along
with the Court's standard instructions.  The Government also
requests leave to offer further jury instructions as may become
relevant.

DATED:   August 20, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

STEVEN DE SALVO
Assistant United States Attorney

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ____1____

You are about to hear testimony that the defendant previously committed other [crimes], [wrongs], or [acts] not charged here. I instruct you that the testimony is being admitted only for the limited purpose of being considered by you on the question of defendant's [intent], [preparation], [plan], [knowledge], [absence of mistake or accident], and for no other purpose.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 2.10 (2004 Edition - West Publishing Co.)

[Other Crimes, Wrongs, or Acts of Defendant]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ____2_____

     At the beginning of the trial, the court described the charges against the defendant.  Since that time, the charge of Count 3 has been disposed of and is therefore no longer before you.

     The defendant is on trial only for the charge of Counts 1 and 2.   Evidence presented can only be considered as it relates to those remaining counts.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 2.12 (2004 Edition - West Publishing Co.)

[Dismissal of Some Charges Against Defendant]

1  COURT'S INSTRUCTION NO. _____

2  GOVERNMENT'S PROPOSED INSTRUCTION NO. ____3_____

3

4  You are about to hear testimony of a witness who will be

5  testifying in a language other than English.  This witness will

6  testify through the official court interpreter.  Although some of

7  you may know the non-English language used, it is important that

8  all jurors consider the same evidence.  Therefore, you must accept

9  the English translation of the witness's testimony.  You must

10  disregard any different meaning of the non-English words.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Committee on Model Criminal Jury Instructions - Ninth Circuit,
26  Manual of Model Jury Instructions for the Ninth Circuit, § 2.9
   (2004 Edition - West Publishing Co.)
27
   [Foreign Language Testimony]
28

1              COURT'S INSTRUCTION NO. _____

2        GOVERNMENT'S PROPOSED INSTRUCTION NO. ____4_____

3

4        Members of the jury, now that you have heard all the evidence,

5   it is my duty to instruct you on the law which applies to this

6   case.  A copy of these instructions will be available in the jury

7   room for you to consult.

8        It is your duty to find the facts from all the evidence in the

9   case.  To those facts you will apply the law as I give it to you.

10  You must follow the law as I give it to you whether you agree with

11  it or not.  And you must not be influenced by any personal likes or

12  dislikes, opinions, prejudices, or sympathy.  That means that you

13  must decide the case solely on the evidence before you.  You will

14  recall that you took an oath promising to do so at the beginning of

15  the case.

16       In following my instructions, you must follow all of them and

17  not single out some and ignore others; they are all equally

18  important.  You must not read into these instructions or into

19  anything the court may have said or done any suggestion as to what

20  verdict you should return--that is a matter entirely up to you.

21

22

23

24

25

26  Committee on Model Criminal Jury Instructions - Ninth Circuit,
    Manual of Model Jury Instructions for the Ninth Circuit, § 3.1
27  (2004 Edition - West Publishing Co.)

28  [Duties of Jury to Find Facts and Follow Law]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ____5____

    The indictment is not evidence.  The defendant has pleaded not guilty to the charges.  The defendant is presumed to be innocent and does not have to present any evidence to prove innocence.  The government has the burden of proving every element of the charges beyond a reasonable doubt.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.2 (2004 Edition - West Publishing Co.)

[Charge Against Defendant Not Evidence, Presumption of Innocence, Burden of Proof]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ____6____

    A defendant in a criminal case has a constitutional right not to testify.   No presumption of guilt may be raised, and no inference of any kind may be drawn, from the fact that the defendant did not testify.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.3 (2004 Edition - West Publishing Co.)

[Defendant's Decision Not to Testify]

1    COURT'S INSTRUCTION NO.  _____

2    GOVERNMENT'S PROPOSED INSTRUCTION NO.  ____7_____

The defendant has testified.  You should treat this testimony just as you would the testimony of any other witness.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.4 (2004 Edition - West Publishing Co.)

[Defendant's Decision to Testify]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ____8_____

Proof beyond a reasonable doubt is proof that leaves you firmly convinced that the defendant is guilty. It is not required that the Government prove guilt beyond all possible doubt.

A reasonable doubt is a doubt based upon reason and common sense and is not based purely on speculation. It may arise from a careful and impartial consideration of all the evidence, or from lack of evidence.

If after a careful and impartial consideration of all the evidence, you are not convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant not guilty. On the other hand, if after a careful and impartial consideration of all the evidence, you are convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant guilty.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.5 (2004 Edition - West Publishing Co.)

[Reasonable Doubt--Defined]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ____9_____


The evidence from which you are to decide what the facts are consists of:

(1)  the sworn testimony of any witnesses;

(2)  the exhibits which have been received into evidence; and

(3)  any facts to which all the lawyers have stipulated.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.6 (2004 Edition - West Publishing Co.)

[What is Evidence]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. _____10_____

In reaching your verdict you may consider only the testimony and exhibits received into evidence.  Certain things are not evidence and you may not consider them in deciding what the facts are.  I will list them for you:

1.    Arguments and statements by lawyers are not evidence. The lawyers are not witnesses.  What they have said in their opening statements, closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence.  If the facts as you remember them differ from the way the lawyers have stated them, your memory of them controls.

2.    Questions and objections by lawyers are not evidence. Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence.  You should not be influenced by the objection or by the court's ruling on it.

3.    Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered.  In addition some testimony and exhibits have been received only for a limited purpose; where I have given a limiting instruction, you must follow it.

4.    Anything you may have seen or heard when the court was not in session is not evidence.  You are to decide the case solely on the evidence received at the trial.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.7 (2004 Edition - West Publishing Co.)
[What is Not Evidence]

1    COURT'S INSTRUCTION NO. _____

2    GOVERNMENT'S PROPOSED INSTRUCTION NO. ____11_____

3

4        Each of you was given a transcript of a recording to help

5    you identify speakers and as a guide to help you listen to the

6    tape.  However, bear in mind that the recording is the evidence,

7    not the transcript. If you heard something different from what

8    appears in the transcript, what you heard is controlling.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Committee on Model Criminal Jury Instructions - Ninth Circuit,
     Manual of Model Jury Instructions for the Ninth Circuit, § 2.7
25   (2004 Edition - West Publishing Co.)

26
     (Modified for closing instructions; see § 2.7.)
27

28   [Transcript of Recording in English]

1          COURT'S INSTRUCTION NO. _____

2       GOVERNMENT'S PROPOSED INSTRUCTION NO. ____12_____

3

4          Evidence may be direct or circumstantial.  Direct evidence

5    is direct proof of a fact, such as testimony of an eyewitness.

6    Circumstantial evidence is indirect evidence, that is, proof of a

7    chain of facts from which you could find that another fact

8    exists, even though it has not been proved directly.  You are to

9    consider both kinds of evidence.  The law permits you to give

10   equal weight to both, but it is for you to decide how much weight

11   to give to any evidence.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Committee on Model Criminal Jury Instructions - Ninth Circuit,
     Manual of Model Jury Instructions for the Ninth Circuit, § 3.8
27   (2004 Edition - West Publishing Co.)

28   [Direct and Circumstantial Evidence]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. _____13_____


In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

1.   the opportunity and ability of the witness to see or hear or know the things testified to;

2.   the witness' memory;

3.   the witness' manner while testifying;

4.   the witness' interest in the outcome of the case and any bias or prejudice;

5.   whether other evidence contradicted the witness' testimony;

6.   the reasonableness of the witness' testimony in light of all the evidence; and

7.   any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.9 (2004 Edition - West Publishing Co.)

[Credibility of Witnesses]

1          COURT'S INSTRUCTION NO. _____

2        GOVERNMENT'S PROPOSED INSTRUCTION NO. _____14_____

3

4        You are here only to determine whether the defendant is

5   guilty or not guilty of the charges in the indictment.  Your

6   determination must be made only from the evidence in the case.

7   The defendant is not on trial for any conduct or offense not

8   charged in the indictment.  You should consider evidence about

9   the acts, statements, and intentions of others, or evidence about

10  other acts of the defendant, only as they relate to these charges

11  against this defendant.

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Committee on Model Criminal Jury Instructions - Ninth Circuit,
    Manual of Model Jury Instructions for the Ninth Circuit, § 3.10
26  (2004 Edition - West Publishing Co.)

27
    [Evidence of Other Acts of Defendant or Acts and Statements of
28  Others]

1          COURT'S INSTRUCTION NO. _____

2       GOVERNMENT'S PROPOSED INSTRUCTION NO. _____15_____

3

4       A separate crime is charged against the defendant in each

5    count.  You must decide each count separately.  Your verdict on

6    one count should not control your verdict on any other count.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Committee on Pattern Jury Instruction - Ninth Circuit, Pattern
     Jury Instructions, § 3.12 (2004 Edition - West Publishing Co.)
27

28   [Separate Consideration of Multiple Counts]

1        COURT'S INSTRUCTION NO. _____

2    GOVERNMENT'S PROPOSED INSTRUCTION NO. ____16_____

3

4
        Spanish has been used during this trial.
5

6        The evidence you are to consider is only that provided

7    through the official court interpreters.  Although some of you

8    may know Spanish, it is important that all jurors consider the

9    same evidence.  Therefore, you must base your decision on the

10   evidence presented in the English interpretation.  You must

11   disregard any different meaning of the non-English words.

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Committee on Model Criminal Jury Instructions - Ninth Circuit,
     Manual of Model Jury Instructions for the Ninth Circuit, § 3.20
26   (2004 Edition - West Publishing Co.)(modified)

27

28   [Jury to be Guided by Official English
     Translation/Interpretation]

1

COURT'S INSTRUCTION NO. _____

2

GOVERNMENT'S PROPOSED INSTRUCTION NO. ____17_____

3

4

5

    You have heard testimony that the defendant made a

6

statement.  It is for you to decide (1) whether the defendant

7

made the statement and (2) if so, how much weight to give to it.

8

In making those decisions, you should consider all of the

9

evidence about the statement, including the circumstances under

10

which the defendant may have made it.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Committee on Pattern Jury Instruction - Ninth Circuit, Pattern
Jury Instructions, § 4.1 (2004 Edition - West Publishing Co.)

28

[Statements by Defendant]

1     COURT'S INSTRUCTION NO. _____

2    GOVERNMENT'S PROPOSED INSTRUCTION NO. ___18_____

3

4

5   You have heard evidence of other crimes or wrongs engaged in

6 by the defendant. You may consider that evidence only as it bears

7 on the defendant's [intent], [preparation], [plan], [knowledge],

8 [absence of mistake or accident], and for no other purpose.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 Committee on Pattern Jury Instruction - Ninth Circuit, Pattern
Jury Instructions, § 4.3 (2004 Edition - West Publishing Co.)

27

28 [Other Crimes, Wrongs or Acts of Defendant]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ____19_____

    You have heard testimony from persons who, because of education or experience, are permitted to state opinions and the reasons for their opinions.

    Opinion testimony should be judged just like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness' education and experience, the reasons given for the opinion, and all the other evidence in the case.

Committee on Pattern Jury Instruction - Ninth Circuit, Pattern Jury Instructions, § 4.17 (2004 Edition - West Publishing Co.)

[Opinion Evidence, Expert Evidence]

1          COURT'S INSTRUCTION NO. _____

2      GOVERNMENT'S PROPOSED INSTRUCTION NO. _____20_____

3

4          The defendant is charged in Counts 1 and 2 of the indictment

5   with illegal transportation of an alien in violation of Section

6   1324(a)(1)(A)(ii) of Title 8 of the United States Code.  In order

7   for the defendant to be found guilty of this charge, the

8   Government must prove each of the following elements beyond a

9   reasonable doubt:

10          <u>First</u>:    That the **person named** was an alien;

11          <u>Second</u>:   That the **person named** was not lawfully in the
                        United States;
12

13          <u>Third</u>:    The defendant knew, or was in reckless disregard
                        of the fact, that the **person named** was not
14                      lawfully in the United States;

15          <u>Fourth</u>:   The defendant knowingly transported or moved the
                        **person named** in order to help him/her remain in
16                      the United States illegally.

17      An alien is a person who is not a natural-born or

18   naturalized citizen of the United States.  An alien is not

19   lawfully in this country if the person was not duly admitted by

20   an Immigration Officer.

21      For Count 1, the **person named** is Clemente Morales-Chaparro.

22      For Count 2, the **person named** is Roberto Aguilar-Perez.

23

24

25

26   Committee on Pattern Jury Instruction - Ninth Circuit, Pattern
     Jury Instructions, § 9.2 (2004 Edition - West Publishing Co.)
27

28   [Alien -- Illegal Transportation]

1    COURT'S INSTRUCTION NO. _____

2    GOVERNMENT'S PROPOSED INSTRUCTION NO. _____21_____

3

4

5    A defendant may be found guilty of transporting an alien,

6    even if the defendant personally did not commit the act or acts

      constituting the crime but aided and abetted in its commission.

7    To prove a defendant guilty of aiding and abetting, the

8    government must prove beyond a reasonable doubt:

9    First, the transportation of aliens was committed by someone;

10   Second, the defendant knowingly and intentionally aided,

11   counseled, commanded, induced or procured that person to commit

12   each element of the crime of transporting an alien; and

13   Third, the defendant acted before the crime was completed.

14   It is not enough that the defendant merely associated with

15   the person committing the crime, or unknowingly or

16   unintentionally did things that were helpful to that person, or

17   was present at the scene of the crime.

18   The evidence must show beyond a reasonable doubt that the

19   defendant acted with the knowledge and intention of helping that

20   person commit the crime of transporting an alien.

21   The government is not required to prove precisely which

22   defendant actually committed the crime and which defendant aided

23   and abetted.

24

25

26   Committee on Pattern Jury Instruction - Ninth Circuit, Pattern

27   Jury Instructions, § 5.1 (2004 Edition - West Publishing Co.)

28   [Aiding and Abetting]

1          COURT'S INSTRUCTION NO. _____

2        GOVERNMENT'S PROPOSED INSTRUCTION NO. _____22_____

3

4        An act is done knowingly if the defendant is aware of the

5    act and does not act through ignorance, mistake, or accident.

6    The government is not required to prove that the defendant knew

7    that her acts or omissions were unlawful.  You may consider

8    evidence of the defendant's words, acts, or omissions, along with

9    all the other evidence, in deciding whether the defendant acted

10   knowingly.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Committee on Model Criminal Jury Instructions - Ninth Circuit,
     Manual of Model Jury Instructions for the Ninth Circuit, § 5.6
27   (2004 Edition - West Publishing Co.)

28   [Knowingly--Defined]

1          COURT'S INSTRUCTION NO. _____

2        GOVERNMENT'S PROPOSED INSTRUCTION NO. ____23_____

3

4        The punishment provided by law for these crimes is for the

5   court to decide.  You may not consider punishment in deciding

6   whether the government has proved its case against the defendant

7   beyond a reasonable doubt.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Committee on Model Criminal Jury Instructions - Ninth Circuit,
     Manual of Model Jury Instructions for the Ninth Circuit, § 7.4
27   (2004 Edition - West Publishing Co.)

28   [Jury Consideration of Punishment]

1               COURT'S INSTRUCTION NO. _____

2          GOVERNMENT'S PROPOSED INSTRUCTION NO. _____24_____

3

4       When you retire, you should elect one member of the jury as

5 your foreperson.  That person will preside over the deliberations

6 and speak for you here in court.

7       You will then discuss the case with your fellow jurors to

8 reach agreement if you can do so.  Your verdict, whether guilty

9 or not guilty, must be unanimous.

10      Each of you must decide the case for yourself, but you

11 should do so only after you have considered all the evidence,

12 discussed it fully with the other jurors, and listened to the

13 views of your fellow jurors.

14      Do not be afraid to change your opinion if the discussion

15 persuades you that you should.  But do not come to a decision

16 simply because other jurors think it is right.

17      It is important that you attempt to reach a unanimous

18 verdict but, of course, only if each of you can do so after

19 having made your own conscientious decision.  Do not change an

20 honest belief about the weight and effect of the evidence simply

21 to reach a verdict.

22

23

24

25

26 Committee on Model Criminal Jury Instructions - Ninth Circuit,
Manual of Model Jury Instructions for the Ninth Circuit, § 7.1

27 (2004 Edition - West Publishing Co.)

28 [Duty to Deliberate]

1          COURT'S INSTRUCTION NO. _____

2        GOVERNMENT'S PROPOSED INSTRUCTION NO. ____25_____

3

4        Your verdict must be based solely on the evidence and on the

5   law as I have given it to you in these instructions.  However,

6   nothing that I have said or done is intended to suggest what your

7   verdict should be--that is entirely for you to decide.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  Committee on Model Criminal Jury Instructions - Ninth Circuit,
    Manual of Model Jury Instructions for the Ninth Circuit, § 7.2
27  (2004 Edition - West Publishing Co.)

28  [Consideration of Evidence]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ____26____

     The punishment provided by law for these crimes is for the court to decide.  You may not consider punishment in deciding whether the government has proved its case against the defendant beyond a reasonable doubt.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 7.4 (2004 Edition - West Publishing Co.)

[Jury Consideration of Punishment]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ____27_____

    A defendant acts with "reckless disregard" when he is aware of, but consciously and carelessly ignores and disregards, facts and circumstances clearly indicating that the person being brought to the United States was an alien who was entering the United States in violation of law.

Committee on Pattern Jury Instruction - Eleventh Circuit, Pattern Jury Instructions, § 83.2 (2003 Edition - West Publishing Co.) (Paragraph from instruction on unlawfully transporting aliens).

Committee on Pattern Jury Instruction - Fifth Circuit, Pattern Jury Instructions, §§ 2.03 & 2.04 (2001 Edition - West Publishing Co.)  (Paragraph from instruction on concealing or harboring aliens).

[Reckless Disregard--Defined]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ____28_____


    Some of you have taken notes during trial.  Whether or not
you took notes, you should rely on your own memory of what was
said.  Notes are only to assist your memory.  You should not be
overly influenced by the notes.


Committee on Model Criminal Jury Instructions - Ninth Circuit,
Manual of Model Jury Instructions for the Ninth Circuit, § 7.3
[2004 Edition - West Publishing.]

[Notes]

1    COURT'S INSTRUCTION NO. _____

2    GOVERNMENT'S PROPOSED INSTRUCTION NO. ____29_____

3

4    A verdict form has been prepared for you.  After you have

5    reached unanimous agreement on a verdict, your foreperson will

6    fill in the form that has been given to you, sign and date it,

7    and advise the Court that you are ready to return to the

8    courtroom.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    Committee on Model Criminal Jury Instructions - Ninth Circuit,
      Manual of Model Jury Instructions for the Ninth Circuit, § 7.5
27    (2004 Edition - West Publishing Co.)

28    [Verdict Form]

1          COURT'S INSTRUCTION NO. _____

2       GOVERNMENT'S PROPOSED INSTRUCTION NO. ____30_____

3

4       If it becomes necessary during your deliberations to

5  communicate with me, you may send a note through the bailiff,

6  signed by your foreperson or by one or more members of the jury.

7  No member of the jury should ever attempt to communicate with me

8  except by a signed writing, and I will respond to the jury

9  concerning the case only in writing, or here in open court.  If

10 you send out a question, I will consult with the lawyers before

11 answering it, which may take some time.  You may continue your

12 deliberations while waiting for the answer to any question.

13 Remember that you are not to tell anyone--including me--how the

14 jury stands, numerically or otherwise, on the question of the

15 guilt of the defendant, until after you have reached a unanimous

16 verdict or have been discharged.

17

18

19

20

21

22

23

24

25

26 Committee on Model Criminal Jury Instructions - Ninth Circuit,
   Manual of Model Jury Instructions for the Ninth Circuit, § 7.6
27 (2004 Edition - West Publishing Co.)

28 [Communication with Court]