**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 08CR1436-LAB |
| ) | |
| vs ) | |
| ) | **VERDICT** |
| CUAUHTLAHTOUAC HERNANDEZ ) | |
| ) | |
| Defendant, ) | |

We the jury in the above entitled cause find the defendant, CUAUHTLAHTOUAC HERNANDEZ,

___GUILTY___ of Transportation of Illegal Alien (Clemente Morales-Chaparro) and Aiding and Abetting as charged in Count 1 of the Indictment.

___GUILTY___ of Transportation of Illegal Alien (Roberto Aguilar-Perez) and Aiding and Abetting as charged in Count 2 of the Indictment.

_____
FOREPERSON

Date: 8/21/08
San Diego, California