MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA            VS            HERNANDEZ

x  Plaintiff    ___ Defendant    ___ Court    Type of Hearing: JURY TRIAL

Case Number: 08CR1436-LAB

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 8/20/08 | | Large Map |
| 2 | 8/20/08 | 8/20/08 | Photograph of Ford Escort |
| 3 | 8/20/08 | 8/20/08 | Photograph of Dodge pickup truck |
| 4 | 8/20/08 | | CD of radio dispatches |
| 6 | 8/20/08 | | Timeline of Events |
| 7 | 8/20/08 | 8/20/08 | Photograph of Dodge truck |
| 8 | 8/20/08 | 8/20/08 | photograph of dodge truck |
| 11 | 8/20/08 | 8/20/08 | DVD of dft's post-arrest statement |
| 9 | 8/21/08 | 8/21/08 | Photograph Roberto Aguilar-Perez |
| 10 | 8/21/08 | 8/21/08 | Photograph Clemente Morales Chaparro |